UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joe Hand Promotions, Inc.

            v.                                   Civil No. 05-cv-337-JD

Henry Lam, et al.


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

SO ORDERED.

December 20, 2005

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge


cc:    Michael J. Sheehan, Esq.
        Wayne D. Lonstein, Esq.
        James A. Normand, Esq.